UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,
Plaintiff

Civil No: 07-5354

v.

Bruce Springsteen, Steven Van Zandt,
Defendants

### Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983. I hold Defendants liable for putting music in my ears that forced me to committ Identity theft which got me a 125 month Federal Sentence at FCI Williamsburg. I was also influenced off of Van Zandts acting roll on the Sopranos. Van Zandt would committ Credit card fraud. After watching him, I would use visa's and Capital one cards in other peoples names. Defendants music sends subliminal messaging on crime. I'm Forever damaged. I seek $50 million dollars. I seek a restraining order, telling Mr. Springsteen from not making music that is endangering my life.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590

843-387-9400

Respectfully Submitted

Jonathan Lee Riches©